No. 852. ALEXANDER C. SHAW, ATTORNEY IN FACT FOR N. R. WATERMAN, *v.* HUBERT WORK, SECRETARY OF THE INTERIOR. January 25, 1926. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. F. W. Clements* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Parmenter* for respondent.

No. 853. ARIZONA COMMERCIAL MINING COMPANY *v.* IRON CAP COPPER COMPANY. January 25, 1926. Petition for a writ of certiorari to the Superior Court of Gila County, Arizona, denied. *Mr. Edward F. McClennan* for petitioner. *Messrs. John P. Gray* and *Burton E. Eames* for respondent.

No. 855. MILDRED D. HOLT, EDGAR DANIEL, DOLLIE DANIEL WALKER ET AL. *v.* DANIEL SONS AND PALMER COMPANY AND DANIEL SONS & PALMER COMPANY ET AL., ETC. January 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Benjamin E. Pierce* for petitioners. *Mr. Archibald B. Lovett* for respondents.

No. 856. CHARLES E. SCHAFF, AS RECEIVER, ETC., *v.* ELLA DAUGHERTY, ADMINISTRATRIX. January 25, 1926. Petition for a writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. Joseph M. Bryson, Charles S. Burg,* and *Maurice D. Green* for petitioner. *Mr. F. M. Miner* for respondent.

No. 857. STRAESSER-ARNOLD COMPANY *v.* FRANKLIN SUGAR REFINING COMPANY. January 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for